**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richard Lee EVANS, Defendant–Appellant.**

No. 01–7954.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 12, 2002.

Richard Lee Evans, Appellant Pro Se. Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard Lee Evans seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Evans,* Nos. CR–98–284–PJM; CA–00–2379–PJM (D. Md., filed Oct. 31, 2001; entered Nov. 1, 2001). We dispense with oral argument because the facts and legal contentions are ade-quately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*